

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00007-CV

| | | |
|---|---|---|
| KAY SCHWENDEMAN, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-297695-18) |
| V. | | |
| | § | January 30, 2020 |
| BT SFRL I, LLC, Appellee | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Kay Schwendeman shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack